# EXHIBIT A

Mark A. Miller (9563)
miller.mark@dorsey.com
Elliot J. Hales (16684)
hales.elliot@dorsey.com
Michele M. Myer (13815)
myer.michele@dorsey.com
Chris D. Wade (15278)
wade.chris@dorsey.com
DORSEY & WHITNEY LLP
111 S. Main St., Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373

*Attorneys for Plaintiff and Counter-Defendant Old Mill Brick LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OLD MILL BRICK LLC, a Utah limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>MS INTERNATIONAL INC., a California corporation,<br><br>Defendant and Counterclaimant. | CASE NO:  2:23-CV-00900-DAK-DAO<br>District Judge: Dale A. Kimball<br>Magistrate Judge: Daphne A. Oberg<br><br>**DECLARATION OF MARK A. MILLER IN SUPPORT OF OLD MILL BRICK, LLC'S MOTION TO DISMISS** |

    I, Mark A. Miller, hereby submit this declaration in support of Plaintiff and Counter-Defendant Old Mill Brick LLC's ("Plaintiff" or "OMB") Motion to Dismiss and declare as follows:

    1.    I am the lead counsel from Dorsey & Whitney LLP representing OMB in the above-captioned action. This Declaration is based upon information and belief and upon my personal knowledge.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the September 30, 2022 Office Action in U.S. Application No. 17/805,193. This document is cited in paragraph 16 of Defendant and Counterclaimant MS International Inc.'s ("MSI") First Amended Counterclaim ("FAC").

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the December 30, 2022 Response to Office Action in U.S. Application No. 17/805,193. This document is cited in paragraphs 16 and 19 of MSI's FAC.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the January 12, 2023 Office Action in U.S. Application No. 17/805,193. This document is cited in paragraph 18 of MSI's FAC.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the April 12, 2023 Response to Office Action in U.S. Application No. 17/805,193. This document is cited in paragraphs 18 and 19 of MSI's FAC.

I declare the foregoing is true and accurate under penalty of perjury.

Dated:  April 9, 2024                                              **DORSEY & WHITNEY LLP**


                                                                          *s/ Mark A. Miller*
                                                                          Mark A. Miller

4863-9552-7861\1