# EXHIBIT 2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Appl. No. | : | 17/805,193 |
| Confirmation No. | : | 7000 |
| In re application of | : | Hunsaker et al. |
| Title | : | FIBER ENFORCED THIN BRICK SHEET AND PROCESS |
| Filed | : | June 2, 2022 |
| TC/A.U. | : | 1745 |
| Examiner | : | GRAY, LINDA LAMEY |
| Docket No. | : | P299082.US.06 |
| Customer No. | : | 187378 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## Response to Office Action

Commissioner:

In response to the Office Action of September 30, 2022, please amend the above-identified Application as follows:

**Amendments to the Specification** begin on page 2.

**Amendments to the Claims** are reflected in the *Listing of Claims*, which begins on page 3.

**Remarks** begin on page 7.

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

# AMENDMENTS TO THE SPECIFICATION

Please replace the Abstract with the following amended Abstract:

<u>Methods of manufacturing thin brick sheets are disclosed. The thin brick sheets can be used</u> ~~A fiber enforced sheet for use~~ as a wall or floor covering ~~which comprises of adhered thin bricks bonded to a fiber-reinforced, backing layer~~. <u>The methods can include adhering a plurality of thin bricks to a backing layer with an adhesive. The backing layer defines a grid that includes a plurality of holes, is non-stretchable, and can provide strength and rigidity to the thin brick sheets.</u>~~Thin brick is adhered to the fiber enforced sheet. The fiber enforced backing increases strength and rigidity to the thin brick during handling, and installation permits the thin bricks to be adhered to proper specification and spacing to be cut using ordinary tile or thin brick tools.~~

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

# AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the Application:

**Listing of Claims:**

1-41.   (Canceled)

42.   (Currently Amended)  A method of manufacturing a thin brick sheet, comprising:

adhering a plurality of thin bricks to a first side of a backing layer with an adhesive, wherein the backing layer defines a grid that comprises a plurality of holes, wherein the backing layer is non-stretchable, ~~and~~ wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick <u>of the plurality of thin bricks</u> overlaps one or more of the plurality of holes in the backing layer<u>, and wherein the one or more of the plurality of holes is free of the adhesive</u>.

43.   (Currently Amended)  The method of claim 42, wherein the plurality of thin bricks are adhered to the backing layer with spaces of about 1/4 inch to about 3/4 inch between adjacent ~~thin~~ bricks <u>of the plurality of thin bricks</u>.

44.   (Previously Presented)  The method of claim 42, wherein the backing layer comprises at least one of fiberglass, polyester, graphite, aramid, or carbon.

45.   (Previously Presented)  The method of claim 42, wherein the backing layer is impregnated or saturated with the adhesive.

46.   (Previously Presented)  The method of claim 42, further comprising curing the adhesive.

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

47.  (Previously Presented)  The method of claim 42, wherein the plurality of bricks are adhered to the backing layer in a running bond pattern or a stack bond pattern.

48.  (Currently Amended)  The method of claim 42, wherein <u>the</u> ~~a~~ portion of <u>the</u> ~~a~~ rear surface of each brick <u>of the plurality of thin bricks</u> is free from <u>the</u> ~~an~~ adhesive.

49.  (Previously Presented)  The method of claim 42, wherein the plurality of thin bricks comprise one or more of clay bricks, cast bricks, or wire cut bricks.

50.  (Currently Amended)  The method of claim 42, wherein the <u>plurality of thin bricks</u> ~~thin brick sheet~~ consists of four rows of ~~thin~~ bricks.

51.  (Currently Amended)  The method of claim 50, wherein the <u>plurality of thin bricks</u> ~~thin brick sheet~~ consists of three ~~thin~~ bricks per row <u>of the four rows</u>.

52.  (Currently Amended)  A method of manufacturing a thin brick sheet, comprising:
    adhering a plurality of thin bricks to a first side of a backing layer with <u>a first</u> ~~an~~ adhesive, wherein adjacent ~~thin~~ bricks <u>of the plurality of thin bricks</u> are spaced about 1/4 inch to about 3/4 inch from each other, wherein the backing layer defines a grid that comprises a plurality of holes, ~~and~~ wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick <u>of the plurality of thin bricks</u> overlaps one or more of the plurality of holes in the backing layer<u>, and wherein the one or more of the plurality of holes is free of the first adhesive</u> such that a second adhesive can extend through the one or more of the plurality of holes to bond each brick <u>of the plurality of thin bricks</u> to a wall or floor surface during installation.

53.  (Previously Presented)  The method of claim 52, wherein the backing layer

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

comprises at least one of fiberglass, polyester, graphite, aramid, or carbon.

54.   (Currently Amended)  The method of claim 52, wherein the backing layer is impregnated or saturated with the <u>first</u> adhesive.

55.   (Currently Amended)  The method of claim 52, further comprising curing the <u>first</u> adhesive.

56.   (Currently Amended)  The method of claim 52, wherein <u>the</u> <s>a</s> portion of <u>the</u> <s>a</s> rear surface of each brick <u>of the plurality of thin bricks</u> is free from <u>the first</u> <s>an</s> adhesive.

57.   (Previously Presented)  The method of claim 52, wherein the plurality of thin bricks comprise one or more of clay bricks, cast bricks, or wire cut bricks.

58.   (Currently Amended)  The method of claim 52, wherein the <u>plurality of thin bricks</u> <s>thin brick sheet</s> consists of four rows of <s>thin</s> bricks.

59.   (Currently Amended)  The method of claim 58, wherein the <u>plurality of thin bricks</u> <s>thin brick sheet</s> consists of three <s>thin</s> bricks per row <u>of the four rows</u>.

60.   (Currently Amended)  A method of manufacturing a thin brick sheet, comprising:
   adhering a plurality of thin bricks to a first side of a backing layer with <u>a first</u> <s>an</s> adhesive, wherein adjacent <s>thin</s> bricks <u>of the plurality of thin bricks</u> are spaced about 1/4 inch to about 3/4 inch from each other, wherein the <u>plurality of thin bricks</u> <s>thin brick sheet</s> consists of four rows of <s>thin</s> bricks, wherein the backing layer defines a grid that comprises a plurality of holes, <s>and</s> wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick <u>of the plurality of thin bricks</u> overlaps one or more of the plurality of holes in the backing layer<u>, and wherein</u>

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

<u>the one or more of the plurality of holes is free of the first adhesive</u> such that a second adhesive can extend through the one or more of the plurality of holes to bond each brick to a wall or floor surface during use.

61.    (Currently Amended)  The method of claim 60, wherein the <u>plurality of thin bricks</u> ~~thin brick sheet~~ consists of three ~~thin~~ bricks per row <u>of the four rows</u>.

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

## REMARKS

This paper is submitted in response to the Office Action mailed September 30, 2022. At that time, claims 42-51 were pending in the Application. By this paper, claims 42, 43, 48, 50-52, 54-56, and 58-61 are amended. Applicant respectfully submits that the claim amendments are fully supported by the Application, as filed, and do not add new matter to the Application. Illustrative support for certain claim amendments can be found, for example, in FIGS. 2 and 3 of the Application. Claims 42-51 are now presented for reconsideration by the Examiner.

**Amendments to the Specification**

The abstract has been amended to reflect a method of manufacturing thin brick sheets, as is recited in the pending claims. Applicant respectfully submits that no new matter is added by these amendments.

**Claim Rejections Under 35 U.S.C. § 112**

Claims 42-51, 52, 54, 56, and 58-61 were rejected under 35 U.S.C. 112 as being indefinite. Applicant respectfully traverses this rejection. Notwithstanding, in an effort to expedite prosecution of the Application, Applicant has amended the claims so as to render this rejection moot. Accordingly, Applicant respectfully requests withdrawal of this rejection.

**Claim Rejections Under 35 U.S.C. §§ 102 and 103**

Claims 42-43, 45-48, 52, and 54-56 were rejected under 35 U.S.C. § 102 as being anticipated by U.S. Patent Application No. 2010/0107531 to Hunsaker ("Hunsaker"). Claims 44 and 53 were rejected under 35 U.S.C. § 103 as being unpatentable over Hunsaker; Claims 49 and 57 were rejected under 35 U.S.C. § 103 as being unpatentable over Hunsaker and further in view of U.S. Patent No. 7,743,569 to

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

Schwalenberg et al. ("Schwalenberg"); Claims 50-51 and 58-59 were rejected under 35 U.S.C. § 103 as being unpatentable over Hunsaker; and claims 60-61 were rejected under 35 U.S.C. § 103 as being unpatentable over Hunsaker.

Applicant respectfully traverses these rejections. It is well settled that a claim is anticipated under 35 U.S.C. § 102 only if "each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." MPEP § 2131 (citing *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631 (Fed. Cir. 1987)). Thus, to anticipate under § 102, "[t]he identical invention must be shown in as complete detail as is contained in the…claim." MPEP § 2131 (citing *Richardson v. Suzuki Motor Co.*, 868 F.2d 1226, 1236 (Fed. Cir. 1989)). Further, an obviousness rejection is proper only where the claimed subject matter, as a whole, would have been obvious to a person of ordinary skill in the art at the time the invention was made. 35 U.S.C. § 103. "The examiner bears the initial burden of supporting any *prima facie* conclusion of obviousness." MPEP § 2142. In particular, the Examiner must consider "[a]ll words in a claim…in judging the patentability of the claim against the prior art" and provide a reasoned explanation as to why the invention as claimed would have been obvious to a person of ordinary skill in the art at the time of the invention. MPEP §§ 2143 and 2143.03 (citing *In re Wilson*, 424 F.2d 1382, 1385 (C.C.P.A. 1970)). "If an independent claim is nonobvious under 35 U.S.C. 103, then any claim depending therefrom is nonobvious." MPEP § 2143.03 (citing *In re Fine*, 837 F.2d 1071 (Fed. Cir. 1988)). As set forth below, the cited references fail to disclose or render obvious at least the pending independent claims, as amended herein, and thus cannot anticipate or render obvious any claims depending therefrom.

<u>Claim 42:</u>

Amended claim 42 recites (emphasis added):

42.  A method of manufacturing a thin brick sheet, comprising:

adhering a plurality of thin bricks to a first side of a backing layer with an adhesive, wherein the backing layer defines a grid that comprises

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

a plurality of holes, wherein the backing layer is non-stretchable, **wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick of the plurality of thin bricks overlaps one or more of the plurality of holes in the backing layer, and wherein the one or more of the plurality of holes is free of the adhesive**.

That is, amended claim 42 recites a method of manufacturing a thin brick sheet, comprising, *inter alia*, **"wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick of the plurality of thin bricks overlaps one or more of the plurality of holes in the backing layer, and wherein the one or more of the plurality of holes is free of the adhesive."** No such method is taught or disclosed by the cited references.

For example, an illustrative view of an exemplary thin brick sheet manufactured in accordance with claim 42 is shown in FIG. 2 of the Application, reproduced below. As shown in FIG. 2, the plurality of thin bricks 12 are adhered to the backing layer 10 such that a portion of a rear surface of each brick 12 of the plurality of thin bricks 12 overlaps one or more of the plurality of holes in the backing layer 10, and wherein the one or more of the plurality of holes is free of the adhesive 11.



Fig. 2:

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

In contrast, Hunsaker discloses a thin brick system that includes thin brick units adhered with mortar to a receiving panel. As shown in FIG. 2 of Hunsaker, reproduced below, the entire rear surface of each brick 130 and the entire mesh matrix 110 is filled with mortar 140. Indeed, the mortar 140 extends from each brick, through the mesh matrix 110 and to the substrate 10. None of the plurality of bricks are adhered to the backing layer such that a portion of a rear surface of each brick of the plurality overlaps one or more of the plurality of holes in the backing layer, and wherein the one or more of the plurality of holes is free of the adhesive, as is recited in amended claim 42. Accordingly, for at least these reasons, one of ordinary skill in the art would not have arrived at the claimed method based on the teachings of Hunsaker.



FIG. 2

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

The remaining cited references also fail to remedy the teachings of Hunsaker. Indeed, none of the remaining references teach or disclose a method of manufacturing a thin brick sheet **"wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick of the plurality of thin bricks overlaps one or more of the plurality of holes in the backing layer, and wherein the one or more of the plurality of holes is free of the adhesive,"** as recited in amended claim 42.  Accordingly, for at least these reasons, one of ordinary skill in the art would not have arrived at the claimed method based on the teachings of the cited references.  Thus, in view of the foregoing, Applicant respectfully submits that amended claim 42 is not disclosed or rendered obvious by any of the cited references, and requests that the rejections of claim 42 under 35 U.S.C. §§ 102 and/or 103 be withdrawn.

<u>Claims 43-51:</u>

Each of claims 43-51 depends from independent claim 42, and thus includes all of the limitations of claim 42.  Therefore, for at least the reasons discussed above with respect to claim 42, Applicant respectfully submits that claims 43-51 are not disclosed or rendered obvious by the cited references.  Applicant thus respectfully submits that these claims are patentable over the cited references and in condition for allowance.

<u>Claim 52:</u>

Amended claim 52 recites (emphasis added):

52.     A method of manufacturing a thin brick sheet, comprising:
adhering a plurality of thin bricks to a first side of a backing layer with a first adhesive, wherein adjacent bricks of the plurality of thin bricks are spaced about 1/4 inch to about 3/4 inch from each other, wherein the backing layer defines a grid that comprises a plurality of holes, **wherein**

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

**the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick of the plurality of thin bricks overlaps one or more of the plurality of holes in the backing layer, and wherein the one or more of the plurality of holes is free of the first adhesive such that a second adhesive can extend through the one or more of the plurality of holes to bond each brick of the plurality of thin bricks to a wall or floor surface during installation**.

In view of at least the emphasized portions of claim 52, Applicant respectfully submits that the cited references fail to teach or otherwise render obvious claim 52 for reasons similar to those discussed above with respect to claim 42. Accordingly, for at least these reasons, Applicant respectfully submits that claim 52 is not disclosed or rendered obvious by the cited references and requests that the rejections of claim 52 under 35 U.S.C. §§ 102 and/or 103 be withdrawn.

<u>Claims 53-59:</u>

Each of claims 53-59 depends from independent claim 52, and thus includes all of the limitations of claim 52. Therefore, for at least the reasons discussed above with respect to claim 52, Applicant respectfully submits that claims 53-59 are not disclosed or rendered obvious by the cited references. Applicant thus respectfully submits that these claims are patentable over the cited references and in condition for allowance.

<u>Claim 60:</u>

Amended claim 60 recites (emphasis added):

60.   A method of manufacturing a thin brick sheet, comprising:

adhering a plurality of thin bricks to a first side of a backing layer with a first adhesive, wherein adjacent bricks of the plurality of thin bricks are spaced about 1/4 inch to about 3/4 inch from each other, wherein the plurality of thin bricks consists of four rows of bricks, wherein the backing

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

layer defines a grid that comprises a plurality of holes, **wherein the plurality of thin bricks are adhered to the backing layer such that a portion of a rear surface of each brick of the plurality of thin bricks overlaps one or more of the plurality of holes in the backing layer, and wherein the one or more of the plurality of holes is free of the first adhesive such that a second adhesive can extend through the one or more of the plurality of holes to bond each brick to a wall or floor surface during use**.

In view of at least the emphasized portions of claim 60, Applicant respectfully submits that the cited references fail to teach or otherwise render obvious claim 60 for reasons similar to those discussed above with respect to claim 42. Accordingly, for at least these reasons, Applicant respectfully submits that claim 60 is not disclosed or rendered obvious by the cited references and requests that the rejections of claim 60 under 35 U.S.C. §§ 102 and/or 103 be withdrawn.

<u>Claim 61:</u>

Claim 61 depends from independent claim 60, and thus includes all of the limitations of claim 60. Therefore, for at least the reasons discussed above with respect to claim 60, Applicant respectfully submits that claim 61 is not disclosed or rendered obvious by the cited references. Applicant thus respectfully submits that this claim is patentable over the cited references and in condition for allowance.

## **CONCLUSION**

In view of the foregoing remarks, Applicant respectfully requests reconsideration and reexamination of this Application and the timely allowance of the pending claims. Should questions exist after consideration of the foregoing, the Office is kindly

Appl. No. 17/805,193
Amdt. dated December 30, 2022
Reply to Office Action of September 30, 2022

requested to contact Applicant's representative at the telephone number provided below.

Please grant any extensions of time required to enter this response and charge any additional required fees to Deposit Account 506181.

    Respectfully submitted,

    /Jordan B. Olsen/

    Jordan B. Olsen

    Reg. No. 65,864
    Attorney for Applicant

Date: December 30, 2022

Dorsey & Whitney LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-4055